IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| State of Minnesota, by its Attorney General, Mike Hatch,<br><br>Plaintiff,<br><br>vs.<br><br>WorldCom, Inc., f/k/a MCI WORLDCOM, Inc., doing business in Minnesota through a subsidiary, MCI WORLDCOM Communications, Inc.,<br><br>Defendant. | ) | Civil Action No. 00-CV-2065 RHK/JMM<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

STIPULATION

The parties above named, by and through their respective counsel, hereby stipulate and agree that the date by which defendant WorldCom, Inc. must answer or otherwise respond to the Complaint herein may be extended to October 2, 2000.

Dated: September 8, 2000.

MIKE HATCH
Attorney General
State of Minnesota

Prentiss Cox
Assistant Attorney General
Office of the Attorney General
Suite 900
445 Minnesota Street
St. Paul, MN 55101-2127
Telephone: 651-297-4606

Attorneys for plaintiff
State of Minnesota

FILED SEP 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 13, 2000.

GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.

Laura J. Hein #155160
Gregory Merz #185942
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402-3796
Telephone: 612-343-2800

Attorneys for Defendant WorldCom, Inc.

ORDER

Pursuant to the foregoing stipulation of counsel,

IT IS HEREBY ORDERED that the date by which defendant WorldCom, Inc. must answer or otherwise respond to the Complaint herein is hereby extended to October 2, 2000.

Dated this 18 day of September, 2000

BY THE COURT:

~~Richard H. Kyle~~ John M. Mason
United States ~~District Court~~ Judge
Magis trate

GP:730133 v1