UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATE OF MINNESOTA, by its Attorney General, Mike Hatch,

Plaintiff,

v.

WORLDCOM, INC., f/k/a MCI WORLDCOM, Inc., doing business in Minnesota through a subsidiary, MCI WORLDCOM Communications, Inc.,

Defendant.

CIVIL NO. 00-2065 (RHK/JMM)

ORDER

IT IS HEREBY ORDERED that the Pretrial Conference scheduled for November 3, 2000 is canceled. No later than December 8, 2000, the parties shall cause said Conference to be rescheduled.

Dated: October 23, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The parties advise that Plaintiff will be submitting a fully briefed Motion to Remand no later than October 31,2000, and that the responsive pleadings will be served promptly thereafter by Defendant. It is to be expected that the parties will cause that Motion to be heard without delay. If the case remains pending in this Court, a pretrial conference will be scheduled promptly.

J.M.M.

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________